No. 84–1678. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE v. N. A. A. C. P. LEGAL DEFENSE &

EDUCATIONAL FUND, INC. C. A. D. C. Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.